UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TASLIMA M. KHAN,
MOHAMMAD S. RAHMAN,

Plaintiffs,

v.

JUDGMENT
25-cv-4371 (CBA)

PAMELA BONDI, US Attorney General,
Department of Justice.,
KRISTI NOEM, Secretary, Department
of Homeland Security, KASH PATEL,
Director, Federal Bureau of Investigation,
JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Service,

Defendants.
---------------------------------------------------------------X

An Order of the Honorable Carol B. Amon, United States District Judge, having been filed on January 5, 2026, dismissing this case without prejudice as moot, *See Ye v. Kelly*, No. 17-CV-3010 (BMC), 2017 WL 2804932, at *2 (E.D.N.Y. June 28, 2017); it is

ORDERED and ADJUDGED that this case is dismissed without prejudice as moot. *See Ye v. Kelly*, No. 17-CV-3010 (BMC), 2017 WL 2804932, at *2 (E.D.N.Y. June 28, 2017).

Dated: Brooklyn, New York
January 6, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk